

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00118-CV

Shirley **ADAMS**, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst and R. May Oil & Gas Company, Ltd.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION CO.-USA, A DELAWARE CORPORATION**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-05-0466-CVA
Honorable Stella Saxon, Judge Presiding

# O R D E R

On October 28, 2015, this court denied all motions for submission by oral argument and set this cause for submission on briefs on December 2, 2015. Thereafter, Appellants filed an unopposed motion for this court to reconsider its decision denying oral argument.

Appellant's motion to reconsider setting this cause for submission by oral argument is GRANTED. *See* TEX. R. APP. P. 39.1. We hereby withdraw our October 28, 2015 order.

We set this cause for formal submission and oral argument before this court on December 16, 2015, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Marialyn Barnard, and Justice Patricia O. Alvarez. The time for oral argument will be limited to twenty minutes for Appellants' opening argument, twenty minutes for Appellees' argument, and ten minutes for Appellants' rebuttal. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1

If you do not wish to present argument, you must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** on November 12, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court